IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, | § | |
| JOVITA A. URRUTIA, | § | |
| BEATRIZ HUERTA, | § | |
| REVEREND ANTHONY HEFNER | § | |
| v. | § | |
| | § | |
| VICENTE RAMIREZ BURNS | § | CIVIL ACTION No. |
| INTERNATIONAL, INC. And | § | B-98-85 |
| UNITED INTERNATIONAL | § | |
| INVESTIGATIVE SERVICES | § | |

United States District Court
Southern District of Texas
FILED

JUN 12 1998

Michael N. Milby, Clerk of Court

### PETITION FOR REMOVAL FROM STATE COURT

To The United States District Court For The Southern District of Texas

The United States of America, by and through James H DeAtley, United States of America for the Southern District of Texas, respectfully represents.

1. The United States of America ("the United States") has been joined as a third-party defendant in the above-entitled action which is pending in the 107th District Court of Cameron County, Texas, as case number 92-08-3575-A. No trial has been set in that action. Copies of all process, live pleadings and orders served upon the United States in that action are attached to this petition for removal.

2. The United States was first served with a copy of the citation and Defendant's Burns International, Inc., Original Third-Party Action Against the United States Government Department of Immigration and Naturalization Service on May 13, 1998. Thirty days have not expired since receipt by the United States of a copy of the pleading setting forth the claim for relief upon which this proceeding is based.

3. In the pending action, Third-Party Plaintiffs seek contribution and/or indemnification over and against the United States in the event they are held liable to the Plaintiffs in this action.

4. The United States seeks removal of the State Court Action pursuant to the provisions of

Title 28, United States Code, §§1441(a), (b) and (c), 1442 and 1446. Third Party Plaintiffs' suit seeks indemnification and/or contribution with regard to negligence and other claims asserted by the plaintiffs in the original action. The underlying suit and the third-party petition are thus encompassed within a federal statute, the Federal Torts Claims Act, 28 U.S.C. §2671, et.seq., to the extent that any claim is asserted against the United States. Therefore, this federal district court has jurisdiction over this action involving the United States pursuant to 28 U.S.C. §1346. Consequently, this action is removable pursuant to 28 U.S.C. §1441(a), which permits the removal of any action in which the federal district court had original jurisdiction. Likewise, §1441(b) permits the removal of any action founded upon the U.S. Constitution or the laws of the United States.

5. Pursuant to Local Rule 3K as amended on January 1, 1994, copies of the Citation and Petition; the docket sheet; pleadings, and orders filed with the State court are attached herewith, including the Government's Exhibit "A" which provides an index of the filed papers, and a list of attorneys of record.

WHEREFORE PREMISES CONSIDERED, Third Party Defendant prays that this matter be removed from the 107th Judicial District Court of Cameron County, Texas, in accordance with 28 U.S.C. §1441, §1442(a), (b) and (c), and §1446.

Respectfully submitted,

JAMES H. DeATLEY
United States Attorney

NANCY L. MASSO
Assistant United States Attorney
P.O Box 1671
Brownsville, TX 78522
(956) 548-2554
State Bar No. 00800490

2

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Petition For Removal from State Court were served on the following persons by Certified Mail, Return-Receipt Requested, at the addresses shown below, on June 12, 1998:

CERTIFIED MAIL RRR# Z 140 729 487
Mr. Norton A. Colvin, Jr., Attorney at Law
RODRIGUEZ, COLVIN & CHANEY
1201 Van Buren Street
Brownsville, Texas 78520

CERTIFIED MAIL RRR# Z 140 729 488
Mr. Manuel Vela, Attorney at Law
RIO GRANDE LAW CENTER BUILDING
501 E. Tyler, Suite 2
Harlingen, Texas 78550

CERTIFIED MAIL RRR# Z 140 729 489
Mr. Robert Whittington, Attorney at Law
SANCHEZ, WHITTINGTON & JANIS
101 North Expressway 83
Brownsville, Texas 78521-2257

CERTIFIED MAIL RRR# Z 140 729 490
Mr. Denis Downey, Attorney at Law
1185 F.M 802 Ste 3
Brownsville, Texas 78521

Nancy L. Masso
Assistant United States Attorney

n:\udd\czamoran\removal