IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, | * | |
| JOVITA A. URRUTIA, | * | |
| BEATRIZ HUERTA, | * | |
| REVEREND ANTHONY HEFNER | * | |
| v. | * | CIVIL ACTION NO B-98  **B-98-85** |
| | * | |
| VICENTE RAMIREZ BURNS | * | |
| INTERNATIONAL, INC. And | * | |
| UNITED INTERNATIONAL | * | |
| INVESTIGATIVE SERVICES | * | |

United States District Court
Southern District of Texas
FILED

JUN 12 1998

Michael N. Milby, Clerk of ...

## THIRD PARTY DEFENDANT'S MOTION FOR EXTENSION OF TIME (OPPOSED)

TO THE HONORABLE JUDGE OF SAID COURT

The United States of America--Third Party Defendant herein--, by and through the United States Attorney for the Southern District of Texas, files this opposed motion for extension of time in order to file its responsive pleading to the Third Party Complaint herein. The defendant needs this additional time in order to investigate the claims alleged and explore its available defenses. The Defendant does not anticipate needing more than 45 days to submit its response.

WHEREFORE, PREMISES CONSIDERED, Third Party Defendant, UNITED STATES OF AMERICA, prays that this Honorable Court grant its request for extension of time to file its responsive pleading to the Third Party Complaint herein.

Respectfully submitted,

JAMES H. DeATLEY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
1036 E. Levee St., 2nd Floor
Brownsville, Texas 78521
(956) 548-2554
State Bar No 00800490

## CONSULTATION STATEMENT

    Due to the number of the parties involved as well as the time constraints involved, the undersigned was not able to consult with the other parties and/or their attorneys regarding their position on this motion. Therefore, it is assumed that the motion is opposed.

**Signed June 12, 1998.**

NANCY L. MASSO
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Third Party Defendant's Motion for Extension of Time (Opposed) was mailed to:

**VIA CERTIFIED MAIL RRR# Z 140 729 487**
Mr. Norton A. Colvin, Jr., Attorney at Law
RODRIGUEZ, COLVIN & CHANEY
1201 Van Buren Street
Brownsville, Texas 78520

**VIA CERTIFIED MAIL RRR# Z 140 729 488**
Mr. Manuel Vela, Attorney at Law
RIO GRANDE LAW CENTER BUILDING
501 E. Tyler, Suite 2
Harlingen, Texas 78550

**VIA CERTIFIED MAIL RRR# Z 140 729 489**
Mr. Robert Whittington, Attorney at Law
SANCHEZ, WHITTINGTON & JANIS
101 North Expressway 83
Brownsville, Texas 78521-2257

**VIA CERTIFIED MAIL RRR# Z 140 729 490**
Mr. Denis A. Downey, Attorney at Law
1185 F.M. 802, Suite #3
Brownsville, Texas 78521

**June 12, 1998**
DATE

NANCY L. MASSO
Assistant United States Attorney