United States District
Southern District
ENT

JUN 2 2 1998

Michael N. Milby, Cl
By Deputy Clerk

NO. 92-08-03575-A

CLERK, U.S. DISTRICT COUR
SOUTHERN DISTRICT OF TEX
F I L E D

JUN 1 4 1998

Michael N. Milby, Clerk
B-98-085

| | |
|---|---|
| CYNTHIA RODRIGUEZ, | § |
| JOVITA A. URRUTIA, | § |
| BEATRIZ HUERTA , | § |
| REVEREND ANTHONY HEFNER | § |
| v.. | § |
| | § |
| VICENTE RAMIREZ BURNS | § |
| INTERNATIONAL, INC. And | § |
| UNITED INTERNATIONAL | § |
| INVESTIGATIVE SERVICES | § |

CIVIL ACTION NO. B-98-_____

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION

Today, this Court considered the Third Party Defendant's Opposed Motion for Extension

of Time.   After due consideration, this Court finds that said motion should be and is hereby

**GRANTED**.

IT IS HEREBY ORDERED that Third Party Defendant, United States of America, submit

its responsive pleading to the Third Party  Complaint, no later than the *14th* day of *August*

_____ , 1998.

SIGNED on this the *14* day of ___*June*___ , 1998 in Brownsville, Texas.

JUDGE PRESIDING

ClibPDF - www.fastio.com