UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 17 1998

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, ETC. | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | |
| | * | |
| VICENTE RAMIREZ, ETC. | * | CIVIL ACTION NO. B-98-085 |
| Defendants, | * | |
| | * | |
| vs. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| Third Party Defendant. | * | |

**THIRD PARTY DEFENDANT'S MOTION FOR EXTENSION OF TIME
(OPPOSITION UNKNOWN)**

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through the United States Attorney for the Southern District of Texas, files this motion for extension of time to file its answer or otherwise plead in this cause of action.

The United States seeks this extension of time to file its responsive pleading to the complaint herein because counsel has experienced difficulty in obtaining the necessary information from which a response may be prepared. It is anticipated that counsel will need no longer than two additional weeks to file the United States responsive pleading herein.

WHEREFORE PREMISES CONSIDERED, Third Party Defendant, United States of America, prays that this Honorable Court grant its request for extension of time to file its responsive pleading to the complaint

**STATEMENT OF (ATTEMPTED) CONSULTATION**

On or about August 11, 1998, and August 17, 1998, the undersigned telephoned third party plaintiff's counsel, Laura Urbis, to determine her position with regard to this motion. Ms. Urbis was not available; and, as of the time of filing, Ms Urbis had not contacted the undersigned with regard to this motion. Therefore, in accordance with the Local Rules of this Court, it is assumed that this motion is opposed

                Respectfully submitted,

                JAMES H. DeATLEY
                UNITED STATES ATTORNEY

                NANCY L. MASSO
                Assistant United States Attorney
                1036 E. Levee St., 2nd Floor
                Brownsville, Texas 78521
                (956) 548-2554
                State Bar No. 00800490

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Third Party Defendant's Motion for Extension of Time (Opposition Unknown) was mailed to:

### VIA CERTIFIED MAIL, RETURN-RECEIPT REQUESTED:

Ms. Laura Urbis
RODRIGUEZ, COLVIN & CHANEY
1201 Van Buren Street
Brownsville, Texas 78520

Mr. Manuel Vela
Attorney at Law
RIO GRANDE LAW CENTER BUILDING
501 East Tyler, Suite 2
Harlingen, Texas 78550

Mr. Robert Whittington
Attorney at Law
SANCHEZ, WHITTINGTON & JANIS
101 North Expressway 83
Brownsville, Texas 78521-2257

Mr Denis Downey
Attorney at Law
1185 F.M. 802, Suite #3
Brownsville, Texas 78521

8-17-98
DATE

NANCY L. MASSO
Assistant United States Attorney