THE HONORABLE <u>FIDENCIO G. GARZA, JR.</u>, JUDGE
<u>Paul Hajjar, Law Clerk</u>

**INITIAL**
PRETRIAL CONFERENCE
**Telephonic**

United States District Court
Southern Dist. Texas

AUG 2 0 1998

Michael N. Milby, Clerk of Court

CIVIL ACTION <u>B-98-085 (FBV)</u>  DATE <u>AUGUST 20, 1998</u>  TIME <u>2:00 P.M.</u>

<u>CYNTHIA RODRIGUEZ, ET AL</u>  PLAINTIFF(S)  <u>DENIS A. DOWNEY</u>
COUNSEL

VS.

<u>VICENTE RAMIREZ</u>  DEFENDANT(S)  <u>MANUEL M. VELA</u>
COUNSEL

<u>BURNS INTERNATIONAL SECURITY SERVICES, INC.</u>  <u>NORTON COLVIN & LAURA URBIS</u>

<u>UNITED INTERNATIONAL INVESTIGATIVE SERVICES, INC.</u>  <u>ROBERT WHITTINGTON</u>

<u>UNITED STATES OF AMERICA</u>  <u>NANCY L. MASSO, AUSA</u>

PARTIES AGREED TO THE FOLLOWING DATES FOR THE SCHEDULING ORDER: DEADLINE FOR DISCOVERY ON APRIL 23, 1999, DEADLINE TO REQUEST EXTENSION ON MARCH 22, 1999, AND A JOINT PRETRIAL ORDER IS TO BE FILED BY JUNE 18, 1999. A FINAL PRETRIAL AND SETTLEMENT CONFERENCE IS SET FOR JUNE 25, 1999 AT 2:00 P.M. TRIAL ON THE MERITS SET FOR JULY DOCKET CALL. EXPERT WITNESSES TO BE DESIGNATED BY: PLAINTIFFS BY FEBRUARY 26, 1999 AND DEFENDANTS BY MARCH 19, 1999.