```
              UNITED STATES DISTRICT COURT              United States District Court
               SOUTHERN DISTRICT OF TEXAS                Southern District of Texas
                  BROWNSVILLE DIVISION
                       ENTERED                                  AUG 20 1998
CYNTHIA RODRIGUEZ, ET AL
                     AUG 26 1998          *                Michael N. Milby, Clerk of Court
VS.                                       *
              Michael N. Milby, Clerk of Court  *   C.A. NO.   B-98-085
                     By Deputy Clerk      *                  (FBV)
VICENTE RAMIREZ, ET AL                    *
```

## SCHEDULING ORDER

On this day an initial pretrial conference was held in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by __April 23, 1999__. If additional time is required, a motion requesting such extension must be filed no later than __March 22, 1999__. Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters be filed no later than __June 18, 1999__:

  (a) the nature of the case;
  (b) contentions of the parties;
  (c) stipulations;
  (d) specific issues of fact, as they are submitted to the jury;
  (e) issues of law, if any;
  (f) list of all pending motions;
  (g) approximate duration of trial; and
  (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) (a) Plaintiff/s shall designate expert witnesses, if applicable, by __February 26, 1999__.
    (b) Defendant/s shall designate expert witnesses, if applicable, by __March 19, 1999__.

(5) A final pretrial and settlement conference be set for __June 25, 1999 @ 2:00 p.m.__.

(6) Trial on the merits be set for __July 1999__, docket call.

DONE at Brownsville, Texas, on __August 20, 1998__.

                                    Fidencio G. Garza, Jr.
                                    United States Magistrate Judge