IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, | § | |
| JOVITA A. URRUTIA, | § | |
| BEATRIZ HUERTA, | § | |
| REVEREND ANTHONY HEFNER | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-085 |
| | § | |
| VICENTE RAMIREZ, BURNS | § | |
| INTERNATIONAL, INC., and | § | |
| UNITED INTERNATIONAL | § | |
| INVESTIGATIVE SERVICES | § | |

## MOTION FOR STATUS CONFERENCE

NOW COMES Defendant BURNS INTERNATIONAL, INC., and files its Motion for a Status Conference and in support thereof, would show the Court:

I.

Defendant Burns International, Inc. moves this Honorable Court for a Status Conference and would show this Court that there are several outstanding matters and approaching deadlines which need to be considered by the Court and by the parties involved.

WHEREFORE, PREMISES CONSIDERED, Defendant Burns International, Inc. files this its Motion for Status Conference and requests this matter be set for hearing and for all further legal and equitable relief as it shows itself justly entitled.

Respectfully submitted,

By: _____
Norton A. Colvin, Jr.
Federal I.D. #1941
State Bar No. 04632100
Laura J. Urbis
Federal I.D. #15558
State Bar No. 10763775

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren St.
Brownsville, Texas 78520
(956) 542-7441
(956) 541-2170 - Fax

Thomas H. Kiggins
PHELPS DUNBAR, L.L.P.
3040 Post Oak Boulevard, Suite 900
Houston, Texas 77056
713/626-1386
713/626-1388 - Fax

COUNSEL FOR DEFENDANT
BURNS INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the above and foregoing document was caused to be served upon opposing counsel, to-wit:

Denis A. Downey
Attorney at Law
1185 F.M. 802, Suite #3
Brownsville, Texas 78521

Nancy L. Masso
Assistant U.S. Attorney
P.O. Box 1671
Brownsville, Texas 78522-1671

Manuel M. Vela
Rio Grande Valley Law Center Bldg.
501 E. Tyler
Harlingen, Texas 78550

Robert Whittington
Sanchez, Whittington & Janis
100 North Expressway 83
Brownsville, Texas 78521-2257

by certified mail return receipt requested on this the 17th day of March, 1999.

_____
Norton A. Colvin, Jr.