

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 9 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, | § | |
| JOVITA A. URRUTIA, | § | |
| BEATRIZ HUERTA, | § | |
| REVEREND ANTHONY HEFNER | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-085 |
| | § | |
| VICENTE RAMIREZ, BURNS | § | |
| INTERNATIONAL, INC., and | § | |
| UNITED INTERNATIONAL | § | |
| INVESTIGATIVE SERVICES | § | |

**DEFENDANT BURNS INTERNATIONAL, INC.'S
MOTION TO EXTEND DISCOVERY DEADLINES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Burns International, Inc. and files its Motion to Extend Discovery Deadlines in support thereof, which show the Court:

**I.**

Defendant Burns International, Inc., moves this Honorable Court for an extension of time to extend its discovery deadlines for an indefinite period of time. A Motion for Summary Judgment is currently pending for this Court's consideration.

WHEREFORE, PREMISES CONSIDERED, Defendant Burns International, Inc. requests that all deadlines be extended for an indefinite period of time and for all further legal and equitable relief as it shows itself justly entitled.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr.
State Bar No. 04632100
Laura J. Urbis
State Bar No. 10763775
1201 E. Van Buren St.
Brownsville, Texas 78520
(956) 542-7441
(956) 541-2170 - Fax

Thomas H. Kiggins
Phelps Dunbar, L.L.P.
Suite 701
City National Bank Building
445 North Blvd.
Baton Rouge, Louisiana 70802
504/346-0285
504/381-9197 - Fax

COUNSEL FOR DEFENDANT
BURNS INTERNATIONAL, INC.

Page 3

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document was caused to be served upon counsel of record, to-wit:

>Denis A. Downey
>Attorney at Law
>1185 F.M. 802, Suite #3
>Brownsville, Texas 78521

>Manuel M. Vela
>Rio Grande Valley Law Center Bldg.
>501 E. Tyler
>Harlingen, Texas 78550

>Robert Whittington
>Sanchez, Whittington & Janis
>100 North Expressway 83
>Brownsville, Texas 78521-2257

>Ms. Nancy L. Masso
>Assistant United States Attorney
>P.O. Box 1671
>Brownsville, Texas 78522

>Thomas H. Kiggins
>Phelps Dunbar, L.L.P.
>Suite 701
>City National Bank Building
>445 North Blvd.
>Baton Rouge, Louisiana 70802

by certified mail return receipt requested on this the 17TH day of March, 1999.

_____
LAURA J. URBIS