14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CYNTHIA RODRIGUEZ, § <br> JOVITA A. URRUTIA, § <br> BEATRIZ HUERTA, § <br> REVEREND ANTHONY HEFNER § <br> § <br> V. § <br> § <br> VICENTE RAMIREZ, BURNS § <br> INTERNATIONAL, INC., and § <br> UNITED INTERNATIONAL § <br> INVESTIGATIVE SERVICES § | CIVIL ACTION NO. B-98-085 |

### ORDER SETTING HEARING ON DEFENDANT'S
### MOTION TO EXTEND DISCOVERY DEADLINES

CAME ON this day Defendant Burns International, Inc.'s Motion to Extend Discovery Deadlines, and the Court, after having reviewed the Motion and the pleadings on file herein, is of the opinion that the same should be set for a hearing. IT IS, THEREFORE,

ORDERED that a hearing on Defendant Burns International, Inc.'s Motion to Extend Discovery Deadlines is set for the __25th__ day of __March__, 1999 at __1:30__ o'clock __p__.m.

SIGNED at Brownsville, Texas, this 19th day of March, 1999.

_____
JUDGE PRESIDING

Copies to:

Laura J. Urbis
Denis A. Downey
Manuel M. Vela
Robert Whittington