/5

United States District Court
Southern District of Texas
ENTERED

MAR 1 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, | § | |
| JOVITA A. URRUTIA, | § | |
| BEATRIZ HUERTA, | § | |
| REVEREND ANTHONY HEFNER | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-085 |
| | § | |
| VICENTE RAMIREZ, BURNS | § | |
| INTERNATIONAL, INC., and | § | |
| UNITED INTERNATIONAL | § | |
| INVESTIGATIVE SERVICES | § | |

## ORDER SETTING STATUS CONFERENCE

ON THIS THE 19th day of March, 1999 having come before this Court the Motion for Status Conference of Burns International, Inc., and the Court after considering same is of the opinion that a Status Conference should be set;

IT IS THEREFORE, ORDERED that a Status Conference be and is hereby set for the 25th day of March, 1999, at 1:30 o'clock p m.

SIGNED FOR ENTRY on this the 19th day of March, 1999.

_____
UNITED STATES MAGISTRATE JUDGE