

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 22 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CYNTHIA RODRIGUEZ, JOVITA A. URRUTIA, BEATRIZ HUERTA and REVEREND ANTHONY HEFNER, Plaintiffs, § § § § § § | |
| v.s. § | CIVIL ACTION NO. B-98-085 |
| § § § § § | |
| VICENTE RAMIREZ, BURNS INTERNATIONAL, INC. and UNITED INTERNATIONAL INVESTIGATIVE SERVICES, Defendants. | |

### DEFENDANT UNITED INTERNATIONAL INVESTIGATIVE SERVICES, INC. MOTION TO EXTEND DISCOVERY DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, United International Investigative Services, Inc. and files its Motion to Extend Discovery Deadlines, joining in the Motion heretofore filed by Co-Defendant Burns International, Inc. and would show the Court:

I.

Defendant United International Investigative Services, Inc. joins in the pending motion of Co-Defendant Burns International, Inc. and moves this Court for an extension of time to extend its discover deadlines for an indefinite period of time. This Defendant is preparing and will shortly file a Motion for Summary Judgment for the Court's consideration.

WHEREFORE, PREMISES CONSIDERED, Defendant United International Investigative Services, Inc. requests that all deadlines be extended for an indefinite period of time and for all further legal and equitable relief as it shows itself justly entitled.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
  &amp; ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, TX 78521-2284
Telephone: (956) 546-3731
Telecopier: (956) 546-3766

BY: _____
Robert A. Whittington
State Bar No. 21404700
Cameron County I.D. No. 2202

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record, by U.S. Certified Mail, return receipt requested, on this 22 day of March, 1999, to-wit:

Hon. Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78521

Hon. Manuel M. Vela
Rio Grande Valley Law Center Bldg.
501 E. Tyler
Harlingen, Texas 78550

Nancy L. Masso
Asst. U.S. Attorney
P. O. Box 1671
Brownsville, Texas 78522-1671

Norton A. Colvin, Jr. and Laura J. Urbis
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520

Hon. Tom Kiggans,
PHELPS DUNBAR
445 North Blvd., Suite 701
Baton Rouge, Louisiana 70802

_____
ROBERT A. WHITTINGTON