17

United States District Court
Southern District of Texas
FILED

THE HONORABLE JOHN WM. BLACK

MAR 25 1999

Michael N. Milby
Clerk of Court

STATUS CONFERENCE AND
HEARING ON DEFENDANT'S MOTION TO EXTEND DISCOVERY DEADLINES

CIVIL ACTION NO. B-98-085   DATE & TIME: 03-25-99 AT 1:30 P.M.

CYNTHIA RODRIGUEZ, ET AL.   PLAINTIFF(S)   DENIS DOWNEY
                            COUNSEL

VS.

VICENTE RAMIREZ, BURNS       DEFENDANT(S)   MANUEL VELA
INTERNATIONAL, INC., AND     COUNSEL        ROBERT WHITTINGTON
UNITED INTERNATIONAL                        NORTON COLVIN
INVESTIGATIVE SERVICES                      LAURA URBIS
                                            NANCY MASSO

---

Attorneys Denis Downey, Manuel Vela, Robert Whittington, Norton Colvin, Laura Urbis and Nancy Masso appeared in chambers.

Status conference will be reset.