*19*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**MAR 3 1 1999**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, | § | |
| JOVITA A. URRUTIA, | § | |
| BEATRIZ HUERTA, | § | |
| REVEREND ANTHONY HEFNER | § | |
|     Plaintiffs, | § | |
| | § | |
| V. | § | |
| | § | |
| VICENTE RAMIREZ, BURNS | § | CIVIL ACTION NO. B-98-085 |
| INTERNATIONAL, INC., and | § | |
| UNITED INTERNATIONAL | § | |
| INVESTIGATIVE SERVICES | § | |
|     Defendants, | § | |
| | § | |
| V. | § | |
| | § | |
| UNITED STATES OF AMERICA | § | |
|     Third-Party Defendant. | § | |

## MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW Manuel M. Vela, attorney for Defendant, Vicente Ramirez in the above entitled and numbered cause, and moves the Court to grant him permission to withdraw as attorney of record for Vicente Ramirez in this cause and to substitute Richard R. Rodriguez of the law firm of Rodriguez & Rodriguez, 1117 E. Harrison St., Harlingen, Texas 78550 as sole attorneys of record for Defendant, Vicente Ramirez.

    WHEREFORE, Manuel M. Vela respectfully prays the Court for permission and leave to withdraw as attorney of record for the Defendant, Vicente Ramirez in this suit, and further prays the Court to allow the substitution of Richard R. Rodriguez of the law firm of Rodriguez & Rodriguez as the attorney of record for Defendant, Vicente Ramirez.

WHEREFORE, PREMISES CONSIDERED, Vicente Ramirez prays that Richard
R. Rodriguez of the law firm of Rodriguez & Rodriguez be substituted for Manuel M.
Vela as attorney of record for Defendant Vicente Ramirez.

Respectfully submitted,

By: _____
Mr. Manuel Vela
State Bar No. 20537800
Rio Grande Valley Law Center Bldg.
501 E. Tyler
Harlingen, Texas 78550

COUNSEL FOR DEFENDANT
VICENTE RAMIREZ

**APPROVED:**

_____
Richard R. Rodriguez
State Bar No. 17148527
Rodriguez & Rodriguez
1117 E. Harrison St.
Harlingen, Texas 78550

---

*Motion for Substitution of Counsel*                                    *Page 2*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document was caused to be served upon counsel of record, to-wit:

Denis A. Downey
Attorney at Law
1185 F.M. 802, Suite #3
Brownsville, Texas 78521

Robert Whittington
Sanchez, Whittington & Janis
100 North Expressway 83
Brownsville, Texas 78521-2257

Ms. Nancy L. Masso
Assistant United States Attorney
P.O. Box 1671
Brownsville, Texas 78522

Thomas H. Kiggins
Phelps Dunbar, L.L.P.
Suite 701
City National Bank Building
445 North Blvd.
Baton Rouge, Louisiana 70802

by certified mail return receipt requested on this the 31st day of March, 1999.

_____
Manuel Vela  w/ permision
                           MCV