24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 15 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CYNTHIA RODRIGUEZ, § <br> JOVITA A. URRUTIA, § <br> BEATRIZ HUERTA, § <br> REVEREND ANTHONY HEFNER § <br>    Plaintiffs, § <br> § <br> V. § <br> § <br> VICENTE RAMIREZ, BURNS § <br> INTERNATIONAL, INC., and § <br> UNITED INTERNATIONAL § <br> INVESTIGATIVE SERVICES § <br>    Defendants, § <br> § <br> V. § <br> § <br> UNITED STATES OF AMERICA § <br>    Third-Party Defendant. § | CIVIL ACTION NO. B-98-085 |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

On this day came to be considered the foregoing Motion for Substitution of Counsel and the Court, after due consideration, hereby grants the same.

IT IS THEREFORE, CONSIDERED, ORDERED, AND ADJUDGED that Manuel M. Vela be permitted to withdraw as attorney of record for Defendant Vicente Ramirez and that Richard R. Rodriguez of the law firm of Rodriguez & Rodriguez, 1117 E. Harrison St., Harlingen, Texas 78550 be substituted as sole attorney for record for the Defendant.

SIGNED FOR ENTRY this 15 day of APRIL, 1999.

_____
JUDGE PRESIDING