25

United States District Court
Southern District of Texas
FILED

APR 1 5 1999

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-98-085 | DATE & TIME: 04-15-99 AT 1:30 P.M. |
| CYNTHIA RODRIGUEZ, ET AL. | PLAINTIFF(S) DENIS DOWNEY |
| | COUNSEL |
| VS. | |
| VICENTE RAMIREZ, BURNS INTERNATIONAL, INC., AND UNITED INTERNATIONAL INVESTIGATIVE SERVICES | DEFENDANT(S) MANUEL VELA |
| | COUNSEL ROBERT WHITTINGTON |
| | NORTON COLVIN |
| | LAURA URBIS |
| | NANCY MASSO |

---

Attorneys Denis Downey, Robert Whittington, Norton Colvin, Laura Urbis and Nancy Masso appeared in Judge Black's chambers for a status conference.

Response to Motion for Summary Judgment due June 4, 1999.