IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, | § | |
| JOVITA A. URRUTIA, | § | |
| BEATRIZ HUERTA, | § | |
| REVEREND ANTHONY HEFNER | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-085 |
| | § | |
| VICENTE RAMIREZ, BURNS | § | |
| INTERNATIONAL, INC., and | § | |
| UNITED INTERNATIONAL | § | |
| INVESTIGATIVE SERVICES | § | |

## STATUS REPORT REGARDING ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, Defendants and Third-Party Defendant in the above-captioned matter and files this its Status Report Regarding Alternative Dispute Resolutions, pursuant to this Court's Order and would show the Court the following:

Plaintiffs, Defendants and Third-Party Defendant have agreed to mediate this case before Mr. Leo Salzman as a mediator with the mediation occurring on Friday, July 9, 1999 at the Law Offices of Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren Street, Brownsville, Texas 78520 beginning at 1:00 o'clock p.m.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr.
State Bar No. 04632100
Federal I.D.#1941
Laura J. Urbis
State Bar No. 10763775
Federal I.D.#15558
1201 E. Van Buren St.
Brownsville, Texas 78520
(956) 542-7441
(956) 541-2170 - Fax
COUNSEL FOR DEFENDANT
BURNS INTERNATIONAL, INC.

APPROVED:

_____
Hon. John William Black, Magistrate

---

*Status Report*                                                                 Page 1

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing document was caused to be served upon counsel of record, to-wit:

> Denis A. Downey
> Attorney at Law
> 1185 F.M. 802, Suite #3
> Brownsville, Texas 78521
>
> Richard R. Rodriguez
> Attorney at Law
> 1117 East Harrison St.
> Harlingen, Texas  78550
>
> Robert Whittington
> Sanchez, Whittington & Janis
> 100 North Expressway 83
> Brownsville, Texas 78521-2257
>
> Ms. Nancy L. Masso
> Assistant United States Attorney
> P.O. Box 1671
> Brownsville, Texas 78522

by certified mail return receipt requested on this the ___ day of May, 1999.

_____
LAURA J. URBIS