29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 8 1999

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

JUN 23 1999

Michael N. Milby, ...

| | |
|---|---|
| CYNTHIA RODRIGUEZ; ET AL.<br>    Plaintiffs<br>VS.<br><br>VICENTE RAMIREZ; BURNS<br>INTERNATIONAL, INC.; and UNITED<br>INTERNATIONAL INVESTIGATIVE<br>SERVICES,  Defendants<br><br>BURNS INTERNATIONAL, INC.<br>    Third-Party Plaintiff,<br><br>VS.<br><br>UNITED STATES IMMIGRATION AND<br>NATURALIZATION SERVICE,<br>    Third-Party Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

B-98-085

CIVIL ACTION NO. B-94-068

## ORDER VACATING SCHEDULING ORDER

On this the 25th day of March, 1999 came to be considered Defendants' Motion to Extend Discovery Deadline and after due consideration, this Court hereby ORDERS the following:

All deadlines set forth in the Scheduling Order of August 20, 1998 are hereby Vacated.

SIGNED FOR ENTRY on this the 8 day of June, 1999.

/s/ John William Black
HON. JOHN WILLIAM BLACK,
U.S. MAGISTRATE JUDGE