AO456(Rev. 5/85) Notice

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

30

United States District Court
Southern District of Texas
FILED
JUN 21 1999
Michael N. Milby, Clerk of Court

CYNTHIA RODRIGUEZ, ET AL
  VS.

NOTICE

VICENTE RAMIREZ, ET AL

CASE NUMBER C.A. B-98-085

**Type of Case:**

☒ CIVIL   ☐ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

**Place:**

U.S Courthouse
600 E. Harrison Street
Brownsville, Texas 78520

**Room No:**

**TYPE OF PROCEEDING**

**Final Pre-trial and settlement conference set for June 25, 1999 is Cancelled, as per Magistrate Judge William Black.**

☐ TAKE NOTICE that the proceeding in this case has been cancelled.

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED June 25, 1999 @ 2:00 p.m. | CONTINUED TO, DATE AND TIME |
|---|---|---|
|  |  |  |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

*Lourdes T. Mardis*
(BY) DEPUTY CLERK

DATE: JUNE 21, 1999