IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 5 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CYNTHIA RODRIGUEZ | § |
| JOVITA A. URRUTIA | § |
| BEATRIZ HUERTA | § |
| REVEREND ANTHONY HEFNER | § |
| | § |
| VS. | § CIVIL ACTION NO. B-98-085 |
| | § |
| VICENTE RAMIREZ, BURNS | § |
| INTERNATIONAL, INC. | § |
| UNITED INTERNATIONAL | § |
| INVESTIGATIVE SERVICES, and | § |
| U.S. IMMIGRATION AND | § |
| NATURALIZATION SERVICE | § |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Third-Party Plaintiff Burns International, Inc. and Third-Party Defendant United States Department of Immigration and Naturalization Service ("INS") file this Agreed Motion to Dismiss With Prejudice and show the Court as follows:

Third-Party Plaintiff Burns International, Inc. and Third-Party Defendant INS have settled and compromised all claims and causes of action alleged by Third-Party Plaintiff Burns International, Inc. in this action. Under the terms of the settlement, Third-Party Plaintiff Burns International, Inc. and Third-Party Defendant INS have agreed that all claims and causes of action alleged by Third-Party Plaintiff Burns International, Inc. in this action should be dismissed with prejudice. Furthermore, Third-Party Plaintiff Burns International, Inc. and Third-Party Defendant INS have agreed that each party shall bear their own costs and attorneys fees. An agreed order of dismissal is submitted simultaneously for entry by the Court.

WHEREFORE, PREMISES CONSIDERED, Third-Party Plaintiff Burns International, Inc. and Third-Party Defendant INS respectfully request that the Court grant this Agreed Motion to Dismiss, dismiss this action and all the claims asserted in this

action with prejudice, and order that each party bear his or its own costs and attorney's fees.

                    Respectfully submitted,

_____
**NORTON A. COLVIN, JR.**
State Bar No. 04632100
Federal ID No. 1941
**LAURA J. URBIS**
State Bar No. 10763775
Federal ID No. 15558
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 E. Van Buren St.
Brownsville, Texas 78520
Ph.: (956) 542-7441
Fax: (956) 541-2170

Thomas H. Kiggins
State Bar No. 11393450
Phelps Dunbar, L.L.P.
City National Bank Building
445 North Blvd., Suite 701
Baton Rouge, Louisiana 70802
Ph. (504)346-0285
Fax: (504) 381-9197

**COUNSEL FOR DEFENDANT
BURNS INTERNATIONAL, INC.**

_____
**NANCY L. MASSO**
State Bar No. 00800490
Asst. U.S. Attorney
**JAMES H. DeATLEY**
United States Attorney
600 E. Harrison, Ste. 201
Brownsville, TX 78520-7114
Ph.: (956) 548-2554
Fax: (956) 548-2549

**ATTORNEYS FOR THIRD-PARTY
DEFENDANT IMMIGRATION &
NATURALIZATION SERVICE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon opposing counsel, to-wit:

Nancy L. Masso
Assistant United States Attorney
600 E. Harrison, Ste. 201
Brownsville, TX 78520-7114

Robert Whittington
Sanchez, Whittington & Janis
100 North Expressway 83
Brownsville, Texas 78521-2257

Denis A. Downey
Attorney at Law
1185 F.M. 802, Suite #3
Brownsville, Texas 78521

Richard R. Rodriguez
Attorney at Law
1117 East Harrison St.
Harlingen, Texas 78550

by facsimile and/or certified mail, return receipt requested on this the _13_ day of July, 1999.

_____
LAURA J. URBIS