32

IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CYNTHIA RODRIGUEZ § | |
| JOVITA A. URRUTIA § | |
| BEATRIZ HUERTA § | |
| REVEREND ANTHONY HEFNER § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-085 |
| § | |
| VICENTE RAMIREZ, BURNS § | |
| INTERNATIONAL, INC. § | |
| UNITED INTERNATIONAL § | |
| INVESTIGATIVE SERVICES, and § | |
| U.S. IMMIGRATION AND § | |
| NATURALIZATION SERVICE § | |

**AGREED ORDER GRANTING AGREED MOTION TO
DISMISS WITH PREJUDICE AS TO THIRD-PARTY DEFENDANT, INS**

On this day came to be heard the Agreed Motion to Dismiss with Prejudice filed by Third-Party Plaintiff Burns International, Inc. and Third-Party Defendant United States Department of Immigration and Naturalization Service ("INS"). The Court has fully considered the motion and is of the opinion that it should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the claims alleged by Third-Party Plaintiff Burns International, Inc. against Third-Party Defendant United States Department of Immigration and Naturalization Service ("INS") and this third-party action are hereby dismissed with prejudice; and

IT IS FURTHER, ORDERED, ADJUDGED AND DECREED that all costs and attorney's fees shall be borne by the party incurring same.

Done at Brownsville, Texas on this 19ª day of July, 1999.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO SUBSTANCE AND FORM:

_____
**NORTON A. COLVIN, JR.**
State Bar No. 04632100
Federal ID No. 1941
**LAURA J. URBIS**
State Bar No. 10763775
Federal ID No. 15558
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 E. Van Buren St.
Brownsville, Texas 78520
Ph.: (956) 542-7441
Fax: (956) 541-2170

**THOMAS H. KIGGINS**
State Bar No. 11393450
**PHELPS DUNBAR, L.L.P.**
City National Bank Building
445 North Blvd., Suite 701
Baton Rouge, Louisiana 70802
Ph. (504)346-0285
Fax: (504) 381-9197

**COUNSEL FOR DEFENDANT
BURNS INTERNATIONAL, INC.**

_____
**NANCY L. MASSO**
State Bar No. 00800490
Asst. U.S. Attorney
**JAMES H. DeATLEY**
United States Attorney
600 E. Harrison, Ste. 201
Brownsville, TX 78520-7114
Ph: (956) 548-2554
Fax: (956) 548-2549

**ATTORNEYS FOR THIRD-PARTY
DEFENDANT IMMIGRATION &
NATURALIZATION SERVICE**