*33*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

JUL 2 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-085 |
| | § | |
| VICENTE RAMIREZ, ET AL. | § | |

TYPE OF CASE: ___X___ CIVIL _____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**      **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                          DATE AND TIME:

**SEPTEMBER 2, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JULY 20, 1999

TO:      MR. DENIS DOWNEY
         MR. ROBERT WHITTINGTON
         MR. MANUEL VELA
         MR. NORTON COLVIN
         MS. LAURA URBIS
         MS. NANCY MASSO