34

IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**SEP 0 1 1999**

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CYNTHIA RODRIGUEZ | § |
| JOVITA A. URRUTIA | § |
| BEATRIZ HUERTA | § |
| REVEREND ANTHONY HEFNER | § |
| | § |
| VS. | § |
| | § |
| VICENTE RAMIREZ, BURNS | § |
| INTERNATIONAL, INC. | § |
| UNITED INTERNATIONAL | § |
| INVESTIGATIVE SERVICES, and | § |
| U.S. IMMIGRATION AND | § |
| NATURALIZATION SERVICE | § |

CIVIL ACTION NO. B-98-085

## AGREED MOTION TO DISMISS WITH PREJUDICE AS TO
## VICENTE RAMIREZ AND BURNS INTERNATIONAL, INC.

Plaintiffs Cynthia Rodriguez, Jovita A. Urrutia, Beatriz Huerta and Reverend Anthony Hefner ("Plaintiffs") and Defendants BURNS INTERNATIONAL SECURITY SERVICES CORPORATION, known in this litigation as Burns International, Inc. and Vicente Ramirez ("Defendants Burns and Ramirez") file this Agreed Motion to Dismiss With Prejudice and show the Court as follows:

Plaintiffs and Defendants Burns and Ramirez have settled and compromised all claims and causes of action alleged by Plaintiffs in this action. Under the terms of the settlement, Plaintiffs and Defendants Burns and Ramirez have agreed that all claims and causes of action alleged by Plaintiffs in this action against Defendants Burns and Ramirez should be dismissed with prejudice. Furthermore, Plaintiffs and Defendants Burns and Ramirez have agreed that each party shall bear their own costs and attorneys fees. An agreed order of dismissal is submitted simultaneously for entry by the Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants Burns and Ramirez respectfully request that the Court grant this Agreed Motion to Dismiss, dismiss this action and all the claims asserted in this action with prejudice, and order that each party bear his or its own costs and attorney's fees.

Respectfully submitted,

**NORTON A. COLVIN, JR.**
State Bar No. 04632100
**LAURA J. URBIS**
State Bar No. 10763775
Federal ID No. 15558
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 E. Van Buren St.
Brownsville, Texas 78520
Ph.: (956) 542-7441
Fax: (956) 541-2170

Thomas H. Kiggins
State Bar No. 11393450
Phelps Dunbar, L.L.P.
City National Bank Building
445 North Blvd., Suite 701
Baton Rouge, Louisiana 70802
Ph. (504)346-0285
Fax: (504) 381-9197

**COUNSEL FOR DEFENDANT
BURNS INTERNATIONAL, INC.**

**DENIS DOWNEY**
State Bar No. 0608550
Federal ID No. 1186
Attorney at Law
1185 F.M. 802, Suite #3
Brownsville, Texas 78521
Ph.: (956) 544-0561
Fax: (956) 544-0562

**ATTORNEYS FOR PLAINTIFFS**

**RICHARD R. RODRIGUEZ**
State Bar No. 17148527
Rodriguez & Rodriguez
1117 E. Harrison St.
Harlingen, Texas 78550
Ph:  (956) 425-4992
Fax: (956) 425-9639

### ATTORNEYS FOR VICENTE RAMIREZ

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon opposing counsel, to-wit:

Nancy L. Masso                                          Robert Whittington
Assistant United States Attorney          Sanchez, Whittington & Janis
600 E. Harrison, Ste. 201                        100 North Expressway 83
Brownsville, TX  78520-7114               Brownsville, Texas 78521-2257

Denis A. Downey                                     Richard R. Rodriguez
Attorney at Law                                       Attorney at Law
1185 F.M. 802, Suite #3                          1117 East Harrison St.
Brownsville, Texas 78521                        Harlingen, Texas  78550

by facsimile and/or certified mail, return receipt requested on this the ___1___ day of September, 1999.

_____
LAURA J. URBIS

---

Agreed Motion to Dismiss with Prejudice as to Vicente Ramirez and Burns International, Inc.                Page 3