35

United States District Court
Southern District of Texas
FILED

SEP 0 2 1999

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-98-085           DATE & TIME:   09-02-99 AT 1:30 P.M.

CYNTHIA RODRIGUEZ, ET AL.           PLAINTIFF(S)   DENIS DOWNEY
                                    COUNSEL

VS.

VICENTE RAMIREZ, BURNS              DEFENDANT(S)   MANUEL VELA
INTERNATIONAL, INC., AND            COUNSEL        ROBERT WHITTINGTON
UNITED INTERNATIONAL                               NORTON COLVIN
INVESTIGATIVE SERVICES                             LAURA URBIS
                                                   NANCY MASSO

---

Attorneys Denis Downey, Robert Whittington, Laura Urbis and Nancy Masso appeared in chambers for a status conference.

All parties have settled except United States International Investigative Services and the U.S.A.

The Government raised questions about service by United States International Investigative Services.

United States International will serve U.S.A.

Status conference will be reset for about 90 days.