37

IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 14 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ | § | |
| JOVITA A. URRUTIA | § | |
| BEATRIZ HUERTA | § | |
| REVEREND ANTHONY HEFNER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-085 |
| | § | |
| VICENTE RAMIREZ, BURNS | § | |
| INTERNATIONAL, INC. | § | |
| UNITED INTERNATIONAL | § | |
| INVESTIGATIVE SERVICES, and | § | |
| U.S. IMMIGRATION AND | § | |
| NATURALIZATION SERVICE | § | |

**AGREED ORDER GRANTING AGREED
MOTION TO DISMISS WITH PREJUDICE AS TO
VICENTE RAMIREZ AND BURNS INTERNATIONAL, INC.**

On this day came to be heard the Agreed Motion to Dismiss with Prejudice filed by Plaintiffs Cynthia Rodriguez, Jovita A. Urrutia, Beatriz Huerta and Reverend Anthony Hefner ("Plaintiffs") and Defendants BURNS INTERNATIONAL SECURITY SERVICES CORPORATION, known in this litigation as Burns International, Inc. and Vicente Ramirez ("Defendants Burns and Ramirez"). The Court has fully considered the motion and is of the opinion that it should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the claims alleged by Plaintiffs against Defendants Burns and Vicente Ramirez and this action against Defendants Burns and Ramirez are hereby dismissed with prejudice; and

IT IS FURTHER, ORDERED, ADJUDGED AND DECREED that all costs and attorney's fees shall be borne by the party incurring same.

Done at Brownsville, Texas on this _14th_ day of _September_, 1999.

UNITED STATES DISTRICT JUDGE

AGREED AS TO SUBSTANCE AND FORM:

*[signature]*

**NORTON A. COLVIN, JR.**
State Bar No. 04632100
Federal ID No. 1941
**LAURA J. URBIS**
State Bar No. 10763775
Federal ID No. 15558
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 E. Van Buren St.
Brownsville, Texas 78520
Ph.: (956) 542-7441
Fax: (956) 541-2170

**THOMAS H. KIGGINS**
State Bar No. 11393450
**PHELPS DUNBAR, L.L.P.**
City National Bank Building
445 North Blvd., Suite 701
Baton Rouge, Louisiana 70802
Ph.  (504)346-0285
Fax: (504) 381-9197

**COUNSEL FOR DEFENDANT BURNS INTERNATIONAL, INC.**

*[signature]*

**DENIS DOWNEY**
State Bar No. 0608550
Federal ID No. 1186
Attorney at Law
1185 F.M. 802, Suite #3
Brownsville, Texas 78521
Ph.: (956) 544-0561
Fax: (956) 544-0562

**ATTORNEYS FOR PLAINTIFFS**

*Richard Rodriguez /w/ permission*

**RICHARD R. RODRIGUEZ**
State Bar No. 17148527
Rodriguez & Rodriguez
1117 E. Harrison St.
Harlingen, Texas 78550
Ph:  (956) 425-4992
Fax: (956) 425-9639

**ATTORNEYS FOR VICENTE RAMIREZ**