36

# United States District Court

## DISTRICT OF

Cynthia Rodriguez,
Jovita A. Urrutia,
Beatriz Huerta, and
Reverend Anthony Hefner

V.

Vicente Ramirez,
Burns International, Inc. and
United International Investigative Services, Inc.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:     B-98-085

United States District Court
Southern District of Texas
FILED

OCT 0 8 1999

Michael N. Milby
Clerk of Court

TO: (Name and Address of Defendant)

    United States Attorney's Office
    Attn: Civil Process Clerk
    901 Travis Street, Suite 1500
    P. O. Box 61129
    Houston, TX 77208

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Robert A. Whittington
    Sanchez, Whittington, Janis & Zabarte, L.L.P.
    100 North Expressway 83
    Brownsville, TX 78521

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

| | |
|---|---|
| Michael N. Milby, Clerk | 9-8-99 |
| **CLERK** | **DATE** |

BY DEPUTY CLERK

ClibPDF - www.fastio.com