40

Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Cynthia Rodriguez,
Jovita A. Urrutia,
Beatriz Huerta, and
Reverend Anthony Hefner
V.

Vicente Ramirez,
Burns International, Inc. and
United International Investigative Services, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: B-98-085

United States District Court
Southern District of Texas
FILED

OCT 08 1999

Michael N. Milby
Clerk of Court

TO: (Name and Address of Defendant)

Unites States Attorney General
c/o Office of the Attorney General
of the United States of America
10th Street and Constitution Avenue
Washington, D.C.  20530

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Robert A. Whittington
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, TX 78521

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

9-8-99

CLERK

BY DEPUTY CLERK

DATE