UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CYNTHIA RODRIGUEZ, <br> JOVITA A. URRUTIA, <br> BEATRIZ HUERTA & <br> REVEREND ANTHONY HEFNER <br>     Plaintiffs <br> <br> vs. <br> <br> VICENTE RAMIREZ, <br> BURNS INTERNATIONAL, INC. <br> UNITED INTERNATIONAL <br> INVESTIGATIVE SERVICES <br>     Defendants, <br> <br> UNITED INTERNATIONAL <br> INVESTIGATIVE SERVICES <br>     Third-Party Plaintiff <br> vs. <br> DEPARTMENT OF JUSTICE <br> IMMIGRATION & NATURALIZATION <br> SERVICE, <br>     Third-Party Defendant. | CIVIL ACTION NO: B-98-085 |

## THIRD PARTY DEFENDANT'S ANSWER
## TO THIRD PARTY PLAINTIFF'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States on behalf of its Agency and named Third-Party Defendant herein, the Immigration and Naturalization Service (INS), by and through, Mervyn M. Mosbacker, United States Attorney for the Southern District of Texas, respectfully files its answer to the Third-Party Plaintiff's [United International Investigative Services aka UIIS] Complaint as follows:[1]

---

[1] Unless otherwise indicated, the number to the left of the responses correspond with the paragraph numbers of plaintiff's complaint.

I.     Third-Party Defendant lacks knowledge and/or information from which to form a response to the allegation in this paragraph. To the extent that a response is required the Third-Party Defendant denies the allegation of this paragraph.

II.    The paragraph contains argument of counsel; therefore, no response is required. To the extent that a response may be deemed required, Third-Party Plaintiff has accurately described the process upon which service upon the United States may be perfected.

III.   The allegations contained in this paragraph appear to contain counsel's interpretation of the claims of the other parties against Third-Party Defendant in this action. Accordingly, these comments may be considered as argument of counsel, thus, not requiring a response by the Third-Party Defendant. The Third-Party Defendant admits that it had a contract with Third-Party Plaintiff, UIIS, to provide security personnel at its Detention Center. Any and all other allegations made in this paragraph are denied.

All remaining allegations constitute the Third-Party Plaintiff's prayer for relief to which no response is required. However, to the extent that a response may be required, all such allegations, as well as any other allegations not specifically answered here are denied by the Third-Party Defendant.

In addition, Third-Party Defendant specifically denies that Third-party Plaintiff is entitled to: (1) costs; or (2) attorney fees.

Third-Party Defendant submits the following affirmative defenses to the claims raised by the Third-Party Plaintiff herein:

### FIRST AFFIRMATIVE DEFENSE

Third-Party Plaintiff has failed to state a claim against defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Third-Party Plaintiff's allegations fail for want of subject matter jurisdiction.

### THIRD AFFIRMATIVE DEFENSE

Third-Party Plaintiff 's conduct was, if not the sole proximate cause, was in part the proximate cause of its injuries, as such, under Texas Law on Comparative Liability should apply. See, Texas Civil Practice & Remedies Code, Sections 33.001, et. seq.

## FOURTH AFFIRMATIVE DEFENSE

Third-Party Plaintiff is not entitled to recover attorney's fees.  28 U.S.C. 2678.

## FIFTH AFFIRMATIVE DEFENSE

The Immigration & Naturalization Service is not a proper party for suit under the Federal Torts Claims Act.  See, 28 U.S.C. 2679(a).

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's original lawsuit was filed in State court in August 1992.  Third Party Defendant, therefore, asserts the defense of laches with regard to this third party action.

WHEREFORE, PREMISES CONSIDERED, the Third-Party Defendant prays that the relief requested by the Third-Party Plaintiff be denied and the Third-Party Defendant be awarded costs and such other relief as to which it may be entitled.

Respectfully Submitted,

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison Street, #201
Brownsville, Texas 78520
(956) 548-2554/FAX (956) 548-2549
State Bar No: 00800490
Federal I.D. No. 10263

3

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Third-Party defendant's Answer to Third-Party Plaintiff's Complaint was mailed via certified mail, return receipt requested to the following:

Robert Whittington, Attorney at Law
Sanchez, Whittington & Janis
101 North Expressway 83
Brownsville, TX 78521-2257
(Attorney for United International)

Dennis A. Downey
Attorney at Law
1185 FM 802, Suite # 3
Brownsville, TX 78521
(Attorney for the Plaintiffs)

Manuel Vega
Attorney at Law
Rio Grande Law Center Building
501 East Tyler, Suite 2
Harlingen, TX 78550
(Attorney for Vincente Ramirez)

Norton A. Colvin, Jr.
Attorney at Law
Rodriguez, Colvin & Chaney
1201 Van Buren Street
Brownsville, TX 78520
(Attorney for Burns International)

on this **2**nd day of **NOVEMBER**, 1999.

NANCY L. MASSO
Assistant United States Attorney