THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

DEC 06 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-98-085 | DATE & TIME: 12-06-99 AT 1:30 P.M. |
| CYNTHIA RODRIGUEZ, ET AL. | PLAINTIFF(S) COUNSEL: DENIS DOWNEY |
| VS. | |
| VICENTE RAMIREZ, BURNS INTERNATIONAL, INC., AND UNITED INTERNATIONAL INVESTIGATIVE SERVICES | DEFENDANT(S) COUNSEL: ROBERT WHITTINGTON, NORTON COLVIN, LAURA URBIS, NANCY MASSO |

---

Attorneys Denis Downey, Robert Whittington, Norton Colvin, Laura Urbis and Nancy Masso appeared for the scheduled status conference. ERO was Gabriel Mendieta, courtroom deputy was Irma Soto.

Attorneys Colvin, Urbis and Masso were present after being called that they were required to be to attend the status conference, they had not received notice by fax or mail.

This file had been closed erroneously and will be reopened. Errors on the docket sheet will be rectified.