

United States District Court
Southern District of Texas
FILED

SEP 5 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, ETC., | * | |
| | * | |
| vs. | * | CIVIL ACTION Nº. B-98-085 |
| | * | |
| VICENTE RAMIREZ, ET AL. | * | |
| | * | |
| UNITED INTERNAT'L INVESTIGATIVE SERVICES | * | |
| | * | |
| vs. | * | |
| | * | |
| IMMIGRATION & NATURALIZATION SERVICE | * | |

### THIRD PARTY DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE OF STATUS HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

The Third-Party Defendant herein moves for a continuance of the status hearing scheduled for September 12, 2000. Due to a family emergency, counsel for the government will be unable to attend the hearing on September 12, 2000.

### STATEMENT CERTIFYING CONFERENCE

On September 5, 2000, the undersigned contacted Defendant and Third Party Plaintiff's attorney Robert Whittington's office and was advised that he was unopposed to the motion. Plaintiffs' attorney, Denis Downey advised that he was not opposed to this motion.

WHEREFORE, PREMISES CONSIDERED, Third Party Defendant prays this Court continue the status hearing for a period of two weeks.

Respectfully Submitted,

MERVYN MOSBACKER
UNITED STATES ATTORNEY

_____
NANCY L. MASSO
Assistant U. S. Attorney
600 East Harrison St., No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
Texas Bar No. 00800490
Federal I.D. No. 10263

## Certificate of Service

On September 5, 2000, a copy of Third Party Defendant's Motion for Continuance of Status Hearing was mailed to attorneys Robert Whittington and Denis Downey via certified mail, return receipt requested at the addresses indicated below:

Robert Whittington
Sanchez, Whittington & Janis
Attorney at Law
101 North Expressway 83
Brownsville, Texas 78521

Denis A. Downey
Attorney at Law
1185 FM 802, Suite # 3
Brownsville, Texas 78521

9-5-00
Date

_____
Nancy L. Masso
Assistant U. S. Attorney

2