7 45

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 5 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, ETC., | * | |
| | * | |
| vs. | * | CIVIL ACTION № B-98-085 |
| | * | |
| VICENTE RAMIREZ, ET AL. | * | |
| | * | |
| UNITED INTERNAT'L INVESTIGATIVE SERVICES | * | |
| | * | |
| vs. | * | |
| | * | |
| IMMIGRATION & NATURALIZATION SERVICE | * | |

## ORDER GRANTING THIRD PARTY DEFENDANT'S MOTION FOR CONTINUANCE

On September 5, 2000, Third Party Defendant asked that this Court continue the September 12, 2000, status conference scheduled in this case due to government counsel's need to attend to a family emergency. Having considered the motion, the Court is of the opinion that it should be GRANTED.

THEREFORE, IT IS ORDERED, that the September 12, 2000, status conference be continued until SEPTEMBER 19, 2000, at 2:00 a.m./p.m.

Signed this 5 Day of September, 2000.

JOHN Wm. BLACK
UNITED STATES MAGISTRATE JUDGE

3