46

United States District Court
Southern District of Texas
FILED

SEP 19th 2000

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. **B-98-085**                      DATE & TIME: **09-19-00 AT 2:00 P.M.**

**CYNTHIA RODRIGUEZ, ET AL.**                     PLAINTIFF(S) **DENIS DOWNEY**
                                                   COUNSEL

VS.

**VICENTE RAMIREZ, BURNS**                        DEFENDANT(S)
**INTERNATIONAL, INC., AND**                       COUNSEL **ROBERT WHITTINGTON**
**UNITED INTERNATIONAL**                                    **NANCY MASSO**
**INVESTIGATIVE SERVICES**

---

Attorneys Denis Downey, Frank Zabarte in lieu of Robert Whittington and Nancy Masso for a status conference.

Mr. Downey is going to file his claims against the government by October 6, 2000.

Depositions are to be retaken in this case.

Trial is set for May 2001. The court will send a scheduling order.