4-1

```
            IN THE UNITED DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                   BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

SEP 20 2000 /9th

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, JOVITA A. URRUTIA, BEATRIZ HUERTA and REVEREND ANTHONY HEFNER | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-085 |
| VICENTE RAMIREZ, BURNS INTERNATIONAL, INC. UNITED INTERNATIONAL INVESTIGATIVE SERVICES, and U.S. IMMIGRATION AND NATURALIZATION SERVICE | § § § § § § | |

## NOTICE OF DESIGNATION OF CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Defendant United International Investigative Services, Inc., by and through its attorney of record, Robert A. Whittington, and files this its Notice of Designation of Co-Counsel, and in support thereof shows as follows:

I.

Francisco J. Zabarte is an attorney licensed to practice in the State of Texas and a member in good standing of the State Bar and the United States Court, Southern District of Texas. Francisco J. Zabarte is a member of the law firm of Sanchez, Whittington, Janis & Zabarte, L.L.P., and is thoroughly familiar with this action. No delay will result by the appearance of Francisco J. Zabarte as co-counsel. Defendant hereby notifies all parties that Francisco J. Zabarte shall represent it as co-counsel with lead counsel, Robert A. Whittington, in the above-entitled cause.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
   & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
Telephone: (956) 546-3731
Telecopier: (956) 546-3766

By: _____
Robert A. Whittington
State Bar No. 21404700
Federal Admissions No. 6990

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance of Co-Counsel has been served on all counsel of record on this 19th day of September, 2000, via hand delivery, to-wit:

Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, TX 78521

Nancy L. Masso
Asst. U.S. Attorney
P. O. Box 1671
Brownsville, TX 78522-1671

_____
Robert A. Whittington