# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

NOV 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CYNTHIA RODRIGUEZ, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-085 |
| § | |
| VICENTE RAMIREZ, ET AL. § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON DEFENDANT UNITED INTERNATIONAL INVESTIGATIVE SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**NOVEMBER 30, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   NOVEMBER 9, 2000

TO:     MR. DENIS DOWNEY
        MR. ROBERT WHITTINGTON
        MR. FRANK ZABARTE
        MS. NANCY MASSO