5'

United States District Court
Southern District of Texas
FILED

NOV 3 0 2000

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANT UNITED INTERNATIONAL INVESTIGATIVE
SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT

CIVIL ACTION NO. B-98-085

DATE & TIME:     11-30-00 AT 1:30 P.M.

CYNTHIA RODRIGUEZ, ET AL.

PLAINTIFF(S)     DENIS DOWNEY
COUNSEL

VS.

VICENTE RAMIREZ, BURNS
INTERNATIONAL, INC., AND
UNITED INTERNATIONAL
INVESTIGATIVE SERVICES

DEFENDANT(S)     ROBERT WHITTINGTON
COUNSEL          FRANK ZABARTE
                 NANCY MASSO

-------------------------------------------------------------------------------------------------------------------------

ERO-Linda Garcia
CSO-Dan Figueroa

Attorneys Denis Downey, Robert Whittington, Frank Zabarte appeared for the hearing.

Attorneys for Defendants were instructed to refile the Motion for Summary Judgment, limited to five pages, by December 15, 2000.

Response by Plaintiffs is due by January 19, 2001.