

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 4 2001


Michael N. Milby
Clerk of Court

| | |
|---|---|
| CYNTHIA RODRIGUEZ, JOVITA A. | § |
| URRUTIA, BEATRIZ HUERTA and | § |
| REVEREND ANTHONY HEFNER, | § |
| Plaintiffs, | § |
| | § |
| v.s. | § |
| | § |
| UNITED INTERNATIONAL | § |
| INVESTIGATIVE SERVICES, and | § |
| U.S. IMMIGRATION AND | § |
| NATURALIZATION SERVICE | § |
| Defendants. | § |

CIVIL ACTION NO. B-98-085

## DEFENDANT UNITED INTERNATIONAL INVESTIGATIVE SERVICES, INC. UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES, MOTION FOR CONTINUANCE AND FOR NEW FOR SCHEDULING ORDER

TO THE HONORABLE  JUDGE OF SAID COURT:

COMES NOW, United International Investigative Services, Inc., Defendant herein, and files this its Unopposed Motion to Extend Discovery Deadlines, Motion for Continuance, and for New Scheduling Order, in support thereof would respectfully show the Court as follows:

I.

Defendant United International Investigative Services, Inc. moves this Court for an extension of time to extend its discover deadlines for an indefinite period of  time, and in support, Defendant would show that its Motion for Summary Judgment is currently pending, and the Court has not ruled on said motion.  Furthermore, on December 5, 2000, the Court entered the parties' Consent to Exercise of Jurisdiction By a United States Magistrate Judge.

This case is currently set for trial for May, 2001 docket call. For the reasons stated above, Defendant moves for a continuance and to vacate the deadlines set by the Scheduling Order entered on September 21, 2000. This continuance is not made for purposes of delay only, but so that justice may be done.

WHEREFORE, Defendant United International Investigative Services, Inc. requests that all deadlines be extended for an indefinite period of time, that this Court grant its Motion for Continuance and for new Scheduling Order, and for all further legal and equitable relief as it may show itself to be entitled.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, TX 78521-2284
Telephone: (956) 546-3731
Telecopier: (956) 546-3766

BY:  _____
    Robert A. Whittington
    State Bar No. 21404700
    Federal Admissions No. 6990

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 13, 2001, I conferred with Nancy Masso, attorney for Defendant, Immigration and Naturalization Service (INS), and with Denis A. Downey, attorney for Plaintiffs, and both indicated that they are not opposed to this motion.

_____
Robert A. Whittington

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record, by U.S. Certified Mail, return receipt requested, on this _14th_ day of March, 2001, to-wit:

Hon. Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, Texas  78521

Nancy L. Masso
Asst. U.S. Attorney
P. O. Box 1671
Brownsville, Texas 78522-1671

Robert A.  Whittington

THE STATE OF TEXAS    §
                         §
COUNTY OF CAMERON    §

BEFORE ME, the undersigned authority, on this day personally appeared ROBERT A. WHITTINGTON, known to me to be the person whose name is subscribed to the foregoing instrument, who after being duly sworn upon oath, deposed and said:

"I am the attorney of record for United International Investigative Services, Inc., a defendant in the above styled and numbered cause. I have read the above and foregoing Motion for Continuance, and the statements contained therein are true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
ROBERT A. WHITTINGTON

SUBSCRIBED and SWORN to before me, a Notary Public, on this _14_ day of March, 2001.

Christina Logan
MY COMMISSION EXPIRES
June 14, 2001

_____
Notary Public, State of Texas

My Commission Expires: _6-14-2001_