AO456(Rev. 5/85) Notice

SS

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 0 2001

Michael N. Milby
Clerk of Court

**RODRIGUEZ, ET AL**

VS.  NOTICE  B-98-cv-85

**RAMIREZ, ET AL.**

Type of Case:

☒ CIVIL     ☐ CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: | Room No: Courtroom # 4 |
| --- | --- |
| U.S. District Court<br>U.S. Courthouse, 3rd Floor<br>600 E. Harrison Street<br>Brownsville, Texas 78520 | U.S. District Judge Filemon B. Vela |
| | Date:<br>Time: |

| TYPE OF PROCEEDING: | FINAL PRETRIAL AND JURY SELECTION |
| --- | --- |

☒ TAKE NOTICE that the above proceedings in this case have been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE |
| --- | --- | --- |
| SAME PLACE | FPT - May 3, 2001<br>Jury Selection - May 4, 2001 | Final Pretrial: April 26, 2001 @ 8:30 a.m.<br>Jury Selection: April 27, 2001 @ 8:30 a.m. |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

*Lourdes Mardis*

DATE: March 20, 2001                    (BY) DEPUTY CLERK

cc:  Attorneys: Denis A. Downey; Robert A. Whittington; Richard R. Rodriguez;
     Norton A. Colvin, Jr. & Laura J. Urbis;
     AUSA: Nancy Lynn Masso
     Magistrate John Black
     File