56

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

MAR 26 2001

Michael N. Milby
By Deputy Clerk

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, JOVITA A. URRUTIA, BEATRIZ HUERTA and REVEREND ANTHONY HEFNER, Plaintiffs, | § § § § § | |
| v.s. | § § | CIVIL ACTION NO. B-98-085 |
| UNITED INTERNATIONAL INVESTIGATIVE SERVICES, and U.S. IMMIGRATION AND NATURALIZATION SERVICE Defendants. | § § § § § § | |

## ORDER

On this day, came on to be considered Defendant's Motion to Extend Discovery Deadlines, Motion for Continuance and for New Scheduling Order in the above-styled and numbered cause. After consideration, this Court is of the opinion that said motion be granted. It is, therefore,

ORDERED that all deadlines set forth in the Scheduling Order of September 21, 2000, be and are hereby vacated, and the Clerk of the Court prepare a new Scheduling Order. It is further

ORDERED that this case be continued and that it be placed on the jury docket for a time specified in the new Scheduling Order.

DONE at Brownsville, Texas, on this 23 day of MARCH, 2001.

_____
PRESIDING JUDGE