United States District Court
Southern District of Texas
ENTERED

MAY 24 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| CYNTHIA RODRIGUEZ, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-085 |
| § | |
| UNITED INTERNATIONAL § | |
| INVESTIGATIVE SERVICES, AND § | |
| U.S. IMMIGRATION AND § | |
| NATURALIZATION SERVICE § | |

## SCHEDULING ORDER

On this day came on to be considered the **Scheduling Order** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **September 4, 2001.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(2) A final pretrial and settlement conference is set for **September 4, 2001 at 1:30 P.M.**

(3) Jury selection is set for **September 7, 2001 at 8:30 A.M.** before Magistrate Judge John Wm. Black.

(4) Trial on the merits is set for **September 17, 2001 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 23rd day of May, 2001.

_____
John Wm. Black
United States Magistrate Judge