59

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, JOVITA A. URRUTIA, BEATRIZ HUERTA, and ANTHONY HEFNER, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. B-98-085 |
| VICENTE RAMIREZ, BURNS INTERNATIONAL, INC., UNITED INTERNATIONAL INVESTIGATIVE SERVICES, and U.S. IMMIGRATION AND NATURALIZATION SERVICE, | § § § § § § § | |
| Defendants. | § § | |

## ORDER

After a careful review of the pleadings involved in this case, IT IS ORDERED that plaintiff's complaint be DISMISSED WITH PREJUDICE.

DONE at Brownsville, Texas, on this the 16th day of August, 2001.

John Wm. Black
United States Magistrate Judge