60

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



SEP 1 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, JOVITA A. URRUTIA, BEATRIZ HUERTA, and ANTHONY HEFNER<br>    Plaintiffs<br><br>VS.<br><br>VICENTE RAMIREZ, BURNS INTERNATIONAL, INC., UNITED INTERNATIONAL INVESTIGATIVE SERVICES, and U.S. IMMIGRATION AND NATURALIZATION SERVICE,<br>    Defendants | §§§§§§§§§§§§ | Civil Action No. B-98-085 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit the decision of the United States District Court for the Southern District of Texas, Brownsville Division, dated August 16, 2001 granting summary judgment against Plaintiffs.

Respectfully submitted,

*/s/ Denis A. Downey*

DENIS A. DOWNEY
ATTORNEY FOR PLAINTIFF/APPELLANT
State Bar 06085500
Federal ID No.1186
1185 FM 802, Suite 3
Brownsville, Texas 78526-1538
956 544-0561 / 956 544-0562 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEAL** was sent this 14th day September, 2001, via the U.S. Mail, first class, postage prepaid, to the following:

Robert Whittington
SANCHEZ, WHITTINGTON,
 JANIS & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2257

_____
DENIS A. DOWNEY