# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 01-41201
Summary Calendar

D.C. Docket No. B-98-CV-85

**U.S. COURT OF APPEALS**
**FILED**
JUN 1 8 2002
CHARLES R. FULBRUGE III
CLERK

CYNTHIA RODRIGUEZ; JOVITA A URRUTIA;
BEATRIZ HUERTA; ANTHONY HEFNER, Reverend

    Plaintiffs - Appellants

v.

UNITED INTERNATIONAL, Etc; ET AL

    Defendants

UNITED INTERNATIONAL, Investigative Services

    Defendant - Appellee

United States District Court
Southern District of Texas
FILED

AUG 1 4 2002

Michael N. Milby
Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before KING, Chief Judge, and JOLLY and DeMOSS, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and vacated in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: AUG 1 2 2002

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
    Deputy
New Orleans, Louisiana

AUG 1 2 2002

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

United States District Court
Southern District of Texas
RECEIVED

AUG 1 4 2002

Michael N. Milby, Clerk

August 12, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

No. 01-41201 Rodriguez v. United International
USDC No. B-98-CV-85

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 2 ) Volumes     (   ) Envelopes     ( 1 ) Box
                                      (SENT UNDER SEPARATE COVER)

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Timothy D Beckstrom, Deputy Clerk

cc: (letter only)
    Honorable John W Black
    Mr Denis A Downey
    Mr Robert Arch Whittington

MDT-1