

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 2 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. B-98-085 |
| VICENTE RAMIREZ, ET AL. | § | |

TYPE OF CASE:  __X__ CIVIL                     ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 26, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     AUGUST 23, 2002

TO:     MR. DENIS DOWNEY
        MR. ROBERT WHITTINGTON
        MR. FRANK ZABARTE
        MS. NANCY MASSO