*64*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 6 2002

Michael N. Milby
Clerk of Court

CYNTHIA RODRIGUEZ, JOVITA A. §
URRUTIA, BEATRIZ HUERTA and §
REVEREND ANTHONY HEFNER, §
      Plaintiffs, §
 §
v.s. §    CIVIL ACTION NO. B-98-085
 §
VICENTE RAMIREZ, §
BURNS INTERNATIONAL, INC. and §
UNITED INTERNATIONAL §
INVESTIGATIVE SERVICES, §
      Defendants. §

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW, Robert A. Whittington, Francisco J. Zabarte, and the law firm of Sanchez, Whittington, Janis & Zabarte, LLP, attorneys for Defendant, United International Investigative Services, Inc., and request permission to withdraw from representing United International Investigative Services, Inc. in the above entitled and numbered cause. This motion is based on good cause in that United International Investigative Services, Inc. has wholly disregarded the fee agreement or obligation for payment of attorney's fees, which to date total $2,976.22. Furthermore, Mr. Telly Kinakis, the authorized representative of Defendant, has informed counsel by telephone that United International Investigative Services, Inc. no longer desires the undersigned to take any further action in the case and no longer desires to be represented by the undersigned in the instant case. The withdrawal and substitution is not sought for delay alone.

A copy of this motion has been delivered to United International Investigative Services, Inc. via telecopier at (714) 974-1066 and via certified mail, return receipt requested, at its corporate offices at 180 North Riverview Drive, Suite 130, Anaheim, California 92808. United International Investigative Services, Inc. has been notified in writing of its right to object to this motion and has further been advised to seek other counsel immediately.

The following settings and deadlines are pending in this matter: a status conference is set on September 26, 2002 at 1:30 p.m.

WHEREFORE, Robert A. Whittington, Francisco J. Zabarte, and the law offices of Sanchez, Whittington, Janis & Zabarte, L.L.P., respectfully requests that this court make an order permitting him to withdraw from this cause.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
&  ZABARTE, LLP
100 North Expressway 83
Brownsville, TX 78521-2257
Telephone: (956) 546-3731
Telecopier: (956) 546-3766

By:_____
Robert A. Whittington
SBN: 21404700
Federal Admission No. 6990

By:_____
Francisco J. Zabarte
SBN: 22235300
Federal Admission No. 10747
Attorney for Defendants
United International Investigative Services

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above motion to withdraw has been served on opposing counsel, Denis A. Downey, 1185 F.M. 802, Suite 3, Brownsville, TX 78521 by certified mail, return receipt requested, and on Nancy L. Masso, 600 E. Harrison St., Room 201, Brownsville, Texas 78520, on this /6th day of September, 2002.

Robert A. Whittington