IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, JOVITA A. URRUTIA, BEATRIZ HUERTA and REVEREND ANTHONY HEFNER, Plaintiffs, | § § § § § | |
| v.s. | § § | CIVIL ACTION NO. B-98-085 |
| VICENTE RAMIREZ, BURNS INTERNATIONAL, INC. and UNITED INTERNATIONAL INVESTIGATIVE SERVICES, Defendants. | § § § § § § | |

### ORDER SETTING HEARING

On this day, came on to be considered the Motion filed by Robert A. Whittington, Francisco J. Zabarte and the law offices of Sanchez, Whittington, Janis & Zabarte, LLP, for Permission to Withdraw as Attorney of Record for the Defendant, United International Investigative Services, Inc., in the above-referenced case, and the Court, having considered the motion and being of the opinion that it should be heard. It is, therefore,

ORDERED that said motion is hereby set for hearing on the 26th day of September, 2002, at 1:30 o'clock p.m. It is further

ORDERED that a corporate representative of Defendant, United International Investigative Services, Inc., be present at this hearing.

SIGNED at Brownsville, Texas, on this 20th day of September, 2002.

_____
Judge Presiding