United States District Court
Southern District of Texas
FILED

SEP 2 6 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON MOTION TO WITHDRAW AS COUNSEL

| | |
|---|---|
| CIVIL ACTION NO. <u>B-98-085</u> | DATE & TIME: <u>09-26-02 AT 1:30 P.M.</u> |
| <u>CYNTHIA RODRIGUEZ, ET AL.</u> | PLAINTIFF(S) <u>DENIS DOWNEY</u><br>COUNSEL |
| VS. | |
| <u>VICENTE RAMIREZ, BURNS</u><br><u>INTERNATIONAL, INC., AND</u><br><u>UNITED INTERNATIONAL</u><br><u>INVESTIGATIVE SERVICES</u> | DEFENDANT(S) <u>ROBERT WHITTINGTON</u><br>COUNSEL <u>FRANK ZABARTE</u><br><u>NANCY MASSO</u> |

---

CSO: Tony Yanez
ERO: Gabriel Mendieta

Attorneys Denis Downey and Robert Whittington appeared. Representative of United International Investigative Services did not appear, as were ordered.

Motion to Withdraw will be granted

Evidentiary hearing will be set. Counsel for Plaintiffs will send an Order setting hearing in mid November, 2002. Mr. Whittington will be notified of hearing and will notify UIIS.