*67*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**SEP 2 7 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CYNTHIA RODRIGUEZ, JOVITA A. | § | |
| URRUTIA, BEATRIZ HUERTA and | § | |
| REVEREND ANTHONY HEFNER, | § | |
| Plaintiffs, | § | |
| | § | |
| v.s. | § | CIVIL ACTION NO. B-98-085 |
| | § | |
| VICENTE RAMIREZ, | § | |
| BURNS INTERNATIONAL, INC. and | § | |
| UNITED INTERNATIONAL | § | |
| INVESTIGATIVE SERVICES, | § | |
| Defendants. | § | |

## ORDER PERMITTING WITHDRAWAL

The court having examined the foregoing motion, and being of the opinion that good cause

has been shown and that the motion should be granted. IT IS HEREBY ORDERED that Robert A.

Whittington, Francisco J. Zabarte and the law offices of Sanchez, Whittington, Janis & Zabarte,

L.L.P, are permitted to withdraw as attorneys of record for United International Investigative

Services, Inc. in this cause.

SIGNED at Brownsville, Texas, on this 26TH day of SEPTEMBER 2002.

_____
JUDGE PRESIDING